Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 5, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 5, 2006.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01259-CV

____________

 

IN RE CLIFFORD A. SMITH, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 21, 2005, relator
filed an instrument titled AApplication for Writ of Habeas Corpus.@ 
Due to the relief sought, we construe the instrument as a petition for
writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2005); see also Tex. R. App. P. 52. 

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed January 5, 2006.

Panel consists of
Justices Fowler, Edelman, and Guzman.